IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 09-03960-BKT |
| MILDRED E. HERNANDEZ MUNOZ | CHAPTER 7 |
| Debtor(s) | |

### DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"

**TO THE HONORABLE COURT:**

**COMES NOW, MILDRED E. HERNANDEZ MUNOZ,** debtor through their undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amend Schedule F to previously filed schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: *include unsecured creditor named Auxilio Mutuo, balance owed $520.86, postal address Apartado 191227 San Juan PR 00919-1227, and Claro, balance owed $357.47, postal address PO Box 70366 San Juan PR 00936-8366.*

**WHEREFORE**, the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

1

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Mildred E. Hernandez Munoz Calle San Isidro M43 Urb. Mariolga Caguas PR 00725; to the creditor affected by the amendment: Auxilio Mutuo, postal address Apartado 191227 San Juan PR 00919-1227, and Claro, postal address PO Box 70366 San Juan PR 00936-8366; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 31 day of August, 2010.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@prtc.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MILDRED E. HERNANDEZ MUNOZ

Debtor(s)

CASE NUMBER: 09-03960-BKT

CHAPTER 7

### DEBTOR'S VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule F**, consisting of **2sheet(s)**, and that it is true and correct to the best of my(our) information, knowledge and belief.

In Caguas Puerto Rico this 31 day of August, 2010.

MILDRED E. HERNANDEZ MUNOZ

3

B6F (Official Form 6F) (12/07)

IN RE HERNANDEZ MUNOZ, MILDRED EILEEN  
Debtor(s)

Case No. 09-03960-13 (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0802644821<br>AUXILIO MUTUO<br>APARTADO 191227<br>SAN JUAN, PR 00919-1227 | | | | | | | 520.86 |
| ACCOUNT NO. 03249614010458<br>BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | | | Auto Loan 10/2007<br>Debtor is co-debtor.<br>Deficiency | | | | 2,000.00 |
| ACCOUNT NO. 1079<br>CENTENNIAL DE PR<br>PO BOX 71514<br>SAN JUAN, PR 00936-8614 | | | Open account opened 7/06 | | | | 21.00 |
| ACCOUNT NO. 697013340<br>CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | | | | | | | 357.47 |

___1___ continuation sheets attached

Subtotal (Total of this page) $ 2,899.33

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE HERNANDEZ MUNOZ, MILDRED EILEEN
Debtor(s)

Case No. 09-03960-13
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 279411071109<br>COOP A/C DE GUAYNABO<br>PO BOX 1299<br>GUAYNABO, PR 00970-1299 | | | Installment account opened 11/07 | | | | 14,563.00 |
| ACCOUNT NO. 1915609<br>DEPARTAMENTO DE TRANSPORTACION Y OBRAS<br>CENTRO GUBERNAMENTAL MINILLAS DE DIEGO A<br>SANTURCE, PR 00907 | | | Tickets: 3664072, 0003791, 27516328 | | | | 230.00 |
| ACCOUNT NO. HFD108<br>DEPARTAMENTO DE TRANSPORTACION Y OBRAS<br>CENTRO GUBERNAMENTAL MINILLAS DE DIEGO A<br>SANTURCE, PR 00907 | | | Tickets: 1412879-1, 1658831-1 | | | | 202.90 |
| ACCOUNT NO. 258566<br>PR TELEPHONE COMPANY<br>PO BOX 360998<br>SAN JUAN, PR 00936-0998 | | | Open account opened 7/08 | | | X | 252.00 |
| ACCOUNT NO.<br>BEST & GENERAL<br>CAPARRA TERRACE<br>1307 AVE AMERICO MIRANDA<br>SAN JUAN, PR 00921-2109 | | | Assignee or other notification for:<br>PR TELEPHONE COMPANY | | | | |
| ACCOUNT NO. 119540<br>SECURITY CREDIT<br>2612 JACKSON AVE W<br>OXFORD, MS 38655 | | | Open account opened 7/07 | | | X | 71.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 15,318.90

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 18,218.23

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

HERNANDEZ MUNOZ, MILDRED EILEEN
MARIOLGA
M43 SAN ISIDRO ST
CAGUAS, PR  00725

COOP A/C DE GUAYNABO
PO BOX 1299
GUAYNABO, PR  00970-1299

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

DELIA BURGOS SOLA
MARIOLGA M43 SAN ISIDRO ST
CAGUAS, PR  00725

AUXILIO MUTUO
APARTADO 191227
SAN JUAN, PR  00919-1227

DEPARTAMENTO DE TRANSPORTACION Y
OBRAS
CENTRO GUBERNAMENTAL MINILLAS DE
DIEGO A
SANTURCE, PR  00907

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR  00936-4745

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR  00739-0674

BANCO POPULAR DE PR
PO BOX 364445
SAN JUAN, PR  00936-4445

PR TELEPHONE COMPANY
PO BOX 360998
SAN JUAN, PR  00936-0998

BANCO POPULAR DE PR
CARD PRODUCTS DIVISION
PO BOX 70100
SAN JUAN, PR  00936-8100

SECURITY CREDIT
2612 JACKSON AVE W
OXFORD, MS  38655

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

BEST & GENERAL
CAPARRA TERRACE
1307 AVE AMERICO MIRANDA
SAN JUAN, PR  00921-2109

CENTENNIAL DE PR
PO BOX 71514
SAN JUAN, PR  00936-8614

CLARO
PO BOX 70366
SAN JUAN, PR  00936-8366